Marsha L. Morrow (Ca. State Bar No. 71903)
Brian W. Walsh (Ca. State Bar No. 146483)
COLLIAU ELENIUS MURPHY CARLUCCIO KEENER & MORROW
405 Howard Street, Suite 600
San Francisco, CA 94105
Telephone: (415) 932-7000
Facsimile: (415) 932-7001

Attorneys for Plaintiffs
AMERICAN CASUALTY COMPANY OF READING PENNSYLVANIA, and
CONTINENTAL CASUALTY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| AMERICAN CASUALTY COMPANY OF READING PENNSYLVANIA; CONTINENTAL CASUALTY COMPANY,<br><br>                    Plaintiff,<br><br>          vs.<br><br>THE SALESIAN SOCIETY<br><br>                    Defendants. | CASE No. C 06 0811 VRW<br><br>**ORDER GRANTING APPLICATION OF AMY J. COLLINS TO APPEAR *PRO HAC VICE***<br><br>Judge: Hon. Vaughn R. Walker<br>Dept.: 6<br><br>Action Filed: February 6, 2006 |

        In accordance with Local Rule ("LR") 11-3, I am applying to appear *pro hac vice* in the above-captioned action pending in the United States District Court for the Northern District of California, San Francisco, and certify that the information contained in this application is true.

        **(a)      *Pro Hac Vice* Attorney Application and Certification**.  I have read and understand the requirements of LR 11-3, and certify that the following information is correct:

                **(1)      Bar Admissions Information**. I am an active member in good standing of the bar of the following State and/or Federal Bar Association(s):

State Bar Admissions:

- Illinois State Bar, member in good standing, admitted in 2001, Bar No. 6274727.

Federal Bar Admissions:

- United States District Court for the Northern District of Illinois, member in good standing, admitted in 2001, the court does not maintain bar numbers for admitted attorneys.

(2) **Compliance and Familiarity With Local Rules**. I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court.

(3) **Associated Local Co-Counsel**. I certify that Brian W. Walsh of Colliau, Elenius, Murphy, Carluccio, Keener & Morrow, who is a member of the bar of this Court in good standing and maintains an office within the State of California, is designated as co-counsel.

DATED this 6th day of March, 2006

Amy J. Collins
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, IL 60606
acollins@grippoelden.com
Telephone:   (312) 704-7786
Facsimile:    (312) 558-1195

**COURT ACTION: *Pro Hac Vice* Application of Amy J. Collins**

1

2      _____     Application approved subject to payment of fees

3

4      _____     Application approved and fee waived

5

6      _____     Application denied

7

8

9     March 23, 2006

10     Date                  United States District Judge

GRANTED

Judge Vaughn R Walker

11

12 Cc:   Counsel of Record

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**PROOF OF SERVICE**

2
I am a citizen of the United States, over the age of eighteen years, and not a party to the within action; my business address is Colliau Elenius Murphy Carluccio Keener & Morrow, Suite 600, 405 Howard Street, San Francisco, CA 94105.

3

4
On March 14, 2006, I served the foregoing document described as:

5
**Application of Amy J. Collins to Appear Pro Hac Vice**

6
on the attorney(s) of record and/or interested parties in the case *American Casualty Company, et al. v. The Salesian Society, United States District Court, Northern District of California, No. C 06 0811 VRW*, as follows:

7

8
**SEE ATTACHED SERVICE LIST**

9
☐ **BY FACSIMILE TRANSMISSION**. By transmitting via facsimile machine to the parties listed above. The facsimile machine I used complied with ☐ *California Rules of Court, Rule 2003*

10
☒ *Federal Rule of Civil Procedure 4*, and the transmission was reported as complete, without error by a transmission report issued by the transmitting facsimile machine immediately upon completion of

11
transmittal.

12
By placing ☒ a true copy ☐ the original thereof enclosed in sealed envelope(s) to the parties listed above and transmitting:

13

14
☒ **BY U.S. MAIL**. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day with postage

15
thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date

16
is more than 1 day after date of deposit for mailing in affidavit.

17
☐ **BY OVERNIGHT CARRIER**. I delivered the foregoing documents to a courier or driver

18
authorized by the overnight carrier to receive and transport documents for overnight delivery. I am "readily familiar" with the firm's practice of collection and processing correspondence for overnight

19
carrier. It is deposited with the overnight carrier on the same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of party

20
served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day

21
after date of deposit for mailing in affidavit.

22
☐ **BY PERSONAL DELIVERY/COURIER SERVICE**. I caused such envelope(s) to be delivered by hand to the offices of the parties listed above by an employee or independent contractor

23
of _____, a registered California process service.

24
☒ I declare that I am employed in the office of a member of the bar of this Court at whose

25
direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

26

Executed on March 14, 2006, in the City and County of San Francisco, California.

27
_____

28
AMY NAUDA

---

PROOF OF SERVICE - 1

1

<u>AMERICAN CASUALTY CO. OF READING, PA, ET AL. V. THE SALESIAN SOCIETY</u>
UNITED STATES DISTRICT COURT, NO. DIST. OF CALIF., SAN FRANCISCO,  NO. C 06 0811 VRW

2

Service List

3    Stephen A. McFeely, Esq.                  Attorneys for Defendant
     Foley & Lardner LLP                        THE SALESIAN SOCIETY
4    35th Floor, One Century Plaza             Tel: 310-277-2223
     2029 Century Park East                     Fax: 310-557-8475
5    Los Angeles, CA  90067-3021               smcfeely@foley.com

6
     Laura McNally                              Pro Hac Vice
7    Philip Stahl                               Attorneys for Plaintiffs
     Amy Collins                                Tel:  312-704-7786
8    Grippo & Elden LLC                         Fax:  312-558-1195
     111 South Wacker Drive                     acollins@grippoelden.com
9    Chicago, IL  60606

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28