# UNITED STATES DISTRICT COURT
# THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CASUALTY COMPANY OF READING PENNSYLVANIA; CONTINENTAL CASUALTY COMPANY,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>THE SALESIAN SOCIETY,<br><br>　　　　　Defendant. | Case No. C 06 0811 VRW<br><br>**ORDER EXTENDING ADR DEADLINE**<br><br>Judge: Hon. Vaughn R. Walker<br>Action Filed: February 6, 2006 |

　　　The Parties coming before this Court on their Stipulation to Extension of ADR Deadline, IT IS HEREBY ORDERED THAT the ADR completion deadline is extended through March 16, 2007.

Entered this __1st__ day of ____March____, 2007.

IT IS SO ORDERED

Judge Vaughn R Walker

113862v1

ORDER EXTENDING ADR DEADLINE