Marsha L. Morrow (Ca. State Bar No. 71903)
Brian W. Walsh (Ca. State Bar No. 126483)
COLLIAU ELENIUS MURPHY CARLUCCIO KEENER & MORROW
405 Howard Street, Suite 600
San Francisco, CA 94105
Telephone: (415) 932-7000
Facsimile: (415) 932-7001

Laura K. McNally (*admitted pro hac vice*)
Amy J. Collins (*admitted pro hac vice*)
GRIPPO & ELDEN LLC
111 S. Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 704-7700
Facsimile: (312) 558-1195

Attorneys for Plaintiffs
AMERICAN CASUALTY COMPANY OF READING PENNSYLVANIA
CONTINENTAL CASUALTY COMPANY

IT IS SO ORDERED
Judge Vaughn R Walker
6/7/2007

UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CASUALTY COMPANY OF READING PENNSYLVANIA; CONTINENTAL CASUALTY COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>THE SALESIAN SOCIETY,<br><br>Defendant. | Case No. C 06 0811 VRW<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Vaughn R. Walker<br>Action Filed: February 6, 2006 |

Pursuant to the terms of the Confidential Settlement Agreement and Mutual Release dated May 7, 2007 between them, Plaintiffs American Casualty Company of Reading Pennsylvania and Continental Casualty Company and Defendant The Salesian Society hereby stipulate to the voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) of all claims brought by Plaintiffs against Defendant in the above-captioned action, each party to bear its own costs.

1 | Dated: May 29, 2007

[signature]    [signature]

Laura K. McNally (*admitted pro hac vice*)    Stephen A. McFeely
Amy J. Collins (*admitted pro hac vice*)    Robert Leventhal
GRIPPO & ELDEN LLC    Marisa J. Ippolito
111 S. Wacker Dr.    FOLEY & LARDNER LLP
Chicago, IL 60606    2029 Century Park East, Suite 3500
(312) 704-7700    Los Angeles, CA 90067

Attorneys for Plaintiffs    Attorneys for Defendant
AMERICAN CASUALTY    THE SALESIAN SOCIETY
COMPANY OF READING,
PENNSYLVANIA, and
CONTINENTAL CASUALTY
COMPANY

124031v1

## CERTIFICATE OF SERVICE

I, Amy J. Collins, hereby certify that on this 1st day of June, 2007, I caused a true and correct copy of the foregoing Joint Stipulation of Voluntary Dismissal With Prejudice to be served by Electronic Mail Transmission via ECF as to Filing Users on the following:

Stephen A. McFeely
SMcFeely@foley.com
Robert Leventhal
RLeventhal@foley.com
Marisa J. Ippolito
MIppolito@foley.com
Foley & Lardner LLP
2029 Century Park East, Suite 3500
Los Angeles, CA 90067

_____
Amy J. Collins

109225v1